United States District Court
Southern District of Texas
**ENTERED**
November 08, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARBELLA GONZALEZ GARCIA, and MELANIE KARCZEWSKI, Individually and on behalf of other employees similarly situated,<br>　　　　Plaintiff<br>v.<br><br>OMNI SPECIAL SERVICES, LLP D.B.A. METRO CLEAN, SYNTECOS and GUIDO COSTANTINI,<br>　　　　Defendants | CIVIL ACTION NO. 4:18-cv-03644 |

## ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

On this day, came on to be heard the Joint Stipulation for Dismissal with Prejudice filed by the Parties.

IT IS ORDERED, that all claims asserted or that could have been asserted by and among the Plaintiffs and Opt-in Plaintiffs, MARBELLA GONZALEZ GARCIA, MELANIE KARCZEWSKI, CORETTA WARNER, DANIEL RINCON, LUIS RAMIREZ, and LORENA RAMIREZ, against Defendants, OMNI SPECIAL SERVICES, LLP D.B.A METRO CLEAN, SYNTECOS AND GUIDO COSTANTINI, in this action are hereby dismissed, **with prejudice**, each Party bearing their own attorney's fees and costs.

Signed this 8th day of Nov., 2019.

SIM LAKE
UNITED STATES DISTRICT JUDGE